UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY CHEN, | ) NO. CV 13-2675-PSG (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| RICHARD IVES, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 19, 2013

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE